# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

OCT 0 4 2020

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Jennifer Audrey GUERRERO<br>YOB: 1978<br>COB: US<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-20-2046-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 3, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 33.92 kilograms of crystal methamphetamine, and 2.02 kilograms of heroin, Schedule II controlled substances. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Sarina DiPiazza

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Sworn to before me and signed in my presence. *AH JSH*

Date: 10/04/2020 @ 10:37 AM

City and state: McAllen, Texas

/S/ Hiram Almaguer
*Complainant's signature*

Hiram Almaguer, HSI Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

On October 3, 2020, Homeland Security Investigations (HSI), McAllen, Texas, was notified by United States Customs and Border Protection (CBP) that Jennifer Audrey Guerrero (GUERRERO). made entry into the United States via the Hidalgo Tx Port of Entry in Hidalgo, Texas. GUERRERO was the driver of a Jeep Cherokee displaying Texas license plates FHM 9250. GUERRERO was referred to secondary inspection.

During secondary inspections, CBPOs scanned the vehicle through Z-Portal X-Ray and noticed anomaly in the speaker box of the vehicle. CBPO's utilized a narcotic detection canine to inspect the vehicle with a positive alert for the possible presence of narcotics within the speaker boxes.

CBPOs discovered crystal methamphetamine totaling 33.92 kilograms, as well as 2.02 kilograms of Heroin. The crystal methamphetamine was loosely sealed in each of the two speaker boxes. The heroin was bundled up in two different packages concealed within the crystal methamphetamine. A field test was conducted on each of the substances, both testing positive for heroin and crystal methamphetamine, respectively

HSI McAllen Special Agents in conjunction with CBP Enforcement Officers responded to the Hidalgo Texas Port of Entry to interview GUERRERO. GUERRERO was read her Miranda Warnings which she waived and voluntarily agreed to speak with agents. GUERRERO was interviewed post-Miranda and admitted culpability, stating she knew he was smuggling narcotics into the United States for financial gain.